UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                :

DOLORES TEJADA GONZALEZ,            :

                            :

                  Plaintiff,     :                            26-CV-4977 (VSB)

                            :

                -against-        :

                            :                              **ORDER**

COMMISSIONER OF SOCIAL SECURITY,   :

                            :

                Defendant.    :

                            :

------------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

On June 12, 2026, I referred this case to Magistrate Judge Sarah Netburn, the assigned Magistrate Judge in this matter.  To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge.  If both parties consent to proceed before the Magistrate Judge, by July 3, 2026, the parties shall file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is available at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge, or either mail or email this form to BroderickNYSDChambers@nysd.uscourts.gov.  If the Court approves that form, all further proceedings will then be conducted before the assigned Magistrate Judge rather than before the undersigned.

If either party does not consent to conducting all further proceedings before the assigned Magistrate Judge at this time, the parties must file a joint letter by July 3, 2026 advising the Court that the parties do not consent, but without disclosing the identity of the party or parties who do not consent.  The parties are free to withhold consent without negative consequences.

2

Moreover, the parties are also free to later resume discussions and consent to the jurisdiction of the assigned Magistrate Judge if they desire.

SO ORDERED.

Dated:          June 12, 2026
                New York, New York

Vernon S. Broderick
United States District Judge